# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| PAUL M. HAYNES,<br><br>　　　　Plaintiff,<br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-1567 MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　This matter is scheduled for a Case Management Conference on August 8, 2013. However, no joint case management statement has been filed, and Defendants' counsel has informed the Court that it did not receive a response Plaintiff's counsel when attempting to meet and confer. Dkt. No. 25. Accordingly, the Court CONTINUES the Case Management Conference to August 22, 2013. Plaintiff's counsel is hereby ORDERED to meet and confer with Defendants' counsel and file a joint statement by August 15, 2013. Failure to meet and confer in good faith may result in the imposition of sanctions. No separate statement shall be considered.

　　　**IT IS SO ORDERED.**

Dated: August 2, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge