UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. HAYNES,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 13-cv-01567-MEJ<br><br>**ORDER VACATING STATUS REPORT ORDER** |

On July 8, 2014, the Court ordered the parties to file an updated joint status report by October 24, 2014. Dkt. No. 45. However, given subsequent filings by both parties and Defendants' pending Motion to Enforce Settlement, which is set for hearing on October 30, the Court VACATES the status report order.

**IT IS SO ORDERED.**

Dated: October 21, 2014

MARIA-ELENA JAMES
United States Magistrate Judge