UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL M. HAYNES,

          Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

          Defendants.

Case No. 13-cv-01567-MEJ

**ORDER VACATING STATUS CONFERENCE**

This matter is scheduled for a status conference on December 18, 2014. As it appears that Plaintiff has signed the settlement agreement as ordered, and it is now in the final stages of review by the Board of Supervisors, the Court VACATES the December 18 conference. If the settlement ordinance has not become effective by January 2, 2015, the parties shall file an updated status report by January 15, 2015. Mr. Haynes is reminded that the Court has already determined that the settlement agreement entered into by the parties is enforceable, and any failure by him to comply with its terms may result in sanctions, including being held in contempt.

    **IT IS SO ORDERED.**

Dated: December 16, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge