Paul M. Haynes, Pro Se
1230 Market Street, Ste 319
San Francisco, CA 94102
415 525-9340
Email: paulhaynes23@yahoo.com

**GRANTED**
Judge Maria-Elena James

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

No. C13-1567 MEJ

| | |
|---|---|
| PAUL M. HAYNES,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ANDREW GUILLORY, LENIDA REYES, STEPHEN YEUNG, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants | Stipulation for Dismissal |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR REPSPECTIVE COUNSEL OF RECORD.

Pursuant to the executed written agreement, Plaintiff, Paul M. Haynes, hereby stipulates that the action is dismissed with prejudice. Parties have executed a settlement whereby Plaintiff agrees to dismiss the entire action in exchange for payment and Plaintiff has taken proceeds of settlement.

Dated: March 26, 2015

*/s/ Paul Haynes*
Paul Haynes
In Pro Per

Dated: March 26, 2015

*/s/ Rafal Ofierski*
RAFAL OFIERSKI
Attorneys for Defendants

**REVISED** Stipulation for Dismissal
CASE NO. C13-1567 MEJ

```
Pursuant to stipulation, this
case is DISMISSED WITH PREJUDICE.
Dated: March 27, 2015
```

**IT IS SO ORDERED**
Judge Maria-Elena James